IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY J. HOLT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 23-CV-03249-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 7, 2023 (Doc. 5), this action is **DISMISSED with prejudice**.

**DATED: November 15, 2023**

                                     MONICA A. STUMP,
                                     Clerk of Court


                                     By: *s/ Jackie Muckensturm*
                                          **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
                  STEPHEN P. MCGLYNN
                  U.S. District Judge